

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00645-CV

**Bob Bennett a/d/a Robert S. Bennett**

**v.**

**Kelly Coghlan, Coghlan & Associates, Richard and Janice Pullman as Guardians of Michael Pullman, and Winn Beaudry & Winn, LLP**

NO. 759593 IN THE CO CIVIL CT AT LAW NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| RPT RECORD | $2,056.00 | 10/11/2014 | PAID | ANT |
| FILING | $175.00 | 08/08/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 08/08/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $2,251.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 27, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**